# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No. 5:17-CR-50010-001-TLB |
| ) | |
| **JONATHAN WOODS** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jonathan Woods appeals to the United States Court of Appeals for the Eighth Circuit from the Order Denying Motion for Relief (Doc. 561) filed on October 20, 2021.

Transcription is unnecessary because no additional testimony was taken for purposes of the litigation on the motion for relief (Doc. 552). The Clerk of the Western District of Arkansas is requested to forward all filings to the Clerk of the Eighth Circuit Court of Appeals.

Respectfully submitted,

Lee D. Short
SHORT LAW FIRM
425 W. Broadway, Ste. A
North Little Rock, AR 72114
LeeDShort@gmail.com
Bar # 2010-136
(501) 766-2207